**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 05-7399

_____

EUGENE THOMAS,

Plaintiff - Appellant,

versus

STATE OF VIRGINIA,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Jackson L. Kiser, Senior District Judge.  (CA-05-429-7)

_____

Submitted:  November 17, 2005      Decided:  November 30, 2005

_____

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Eugene Thomas, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eugene Thomas appeals the district court's order dismissing his § 1983 action for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Thomas v. Virginia, No. CA-05-429-7 (W.D. Va. July 27, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED